# The Law Offices of Louis M Heidelberger Esquire, LLC

Phone: 215 284 8910
Email: Louis.heidelberger@gmail.com
Bar Affiliations: DC, NY, PA & USPTO
Website: www.louheidelbergerlaw.com

_____

Via ECF
April 28, 2016
Judge Yvette Kane
United States District Judge
Ronald Reagan Federal Bldg. & U.S. Courthouse
228 Walnut Street
Harrisburg, PA 17101
RE:   *Positron Intellectual Property, LLC. v. Polycom, Inc.* (1:15-cv-02297-YK)

Dear Judge Kane,

I represent Plaintiff in the above captioned-action matter.

Please issue a 60 day closing order in this case.

Respectfully Submitted,
 /Louis M. Heidelberger
 Louis M. Heidelberger

Cc: Keith Rutherford at Polycom, Inc. (via e-mail)