IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **POSITRON INTELLECTUAL PROPERTY, LLC** | : | |
| | : | **Civil Action No.: 1:15-cv-2297** |
| **Plaintiff** | : | |
| | : | **(Judge Kane)** |
| v. | : | |
| | : | |
| **POLYCOM, INC.** | : | |
| | : | |
| **Defendant** | : | |

# O R D E R

**AND NOW**, this 2nd day of May 2016, counsel having reported to the Court that the above action has been settled (Doc. No. 8),

**IT IS HEREBY ORDERED** that this action is dismissed without costs and without prejudice, upon good cause shown within sixty (60) days, to reinstate the action if the settlement is not consummated.

s/ Yvette Kane
Yvette Kane, Judge
United States District Court
Middle District of Pennsylvania